UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:11-CV-400-BR

| | | |
|---|---|---|
| THEODORE JUSTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DR. TIMOTHY FARLEY, MARY WATSON, AUGUSTUS B. ELKINS, and DONALD W. STEPHENS, | ) ) ) ) | |
| Defendants. | ) | |

On 6 September 2011, plaintiff, who is proceeding *pro se*, filed a document which the court has construed as a motion for a temporary restraining order and a preliminary injunction. (DE # 8.) The court has carefully considered the application and the entire record in accordance with Rule 65 of the Federal Rules of Civil Procedure. See Winter v. Natural Res. Def. Council, Inc., 129 S. Ct. 365, 374-76 (2008); Real Truth About Obama, Inc. v. FEC, 575 F.3d 342, 345-48 (4th Cir. 2009), vacated on other grounds, 130 S. Ct. 2371 (2010), reinstated in relevant part on remand, 607 F.3d 355 (4th Cir. 2010) (*per curiam*). "[I]njunctive relief [is] an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." Winter, 129 S. Ct. at 376 (citation omitted). Plaintiff has failed to demonstrate irreparable harm or any of the other requirements necessary to obtain a temporary restraining order or a preliminary injunction. Therefore, plaintiff's motion is DENIED.

This 9 September 2011.

_____
W. Earl Britt
Senior U.S. District Judge