UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:11-CV-400-BR

| | |
|---|---|
| THEODORE JUSTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| DR. TIMOTHY FARLEY, MARY ) | |
| WATSON, AUGUSTUS B. ELKINS, ) | |
| and DONALD W. STEPHENS, ) | |
| ) | |
| Defendants. ) | |

On 6 September 2011, plaintiff, who is proceeding *pro se*, filed a document which the court has construed as a motion for a temporary restraining order and a preliminary injunction. (DE # 8.) The court has carefully considered the application and the entire record in accordance with Rule 65 of the Federal Rules of Civil Procedure. See <u>Winter v. Natural Res. Def. Council, Inc.</u>, 129 S. Ct. 365, 374-76 (2008); <u>Real Truth About Obama, Inc. v. FEC</u>, 575 F.3d 342, 345-48 (4th Cir. 2009), <u>vacated on other grounds,</u> 130 S. Ct. 2371 (2010), <u>reinstated in relevant part on remand</u>, 607 F.3d 355 (4th Cir. 2010) (*per curiam*). "[I]njunctive relief [is] an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." <u>Winter</u>, 129 S. Ct. at 376 (citation omitted). Plaintiff has failed to demonstrate irreparable harm or any of the other requirements necessary to obtain a temporary restraining order or a preliminary injunction. Therefore, plaintiff's motion is DENIED.

This 9 September 2011.

_____
W. Earl Britt
Senior U.S. District Judge